IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DALLIN, LLC,

    Plaintiff,

  v.

ONEISHA KENDALL, ORLANDO LYLES, and DOES 1–10,

    Defendants.

No. C 17-02618 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION; AND REMANDING ACTION TO SONOMA COUNTY SUPERIOR COURT**

The Court is in receipt of Magistrate Judge Sallie Kim's report and recommendation that this unlawful detainer action be remanded to state court for lack of subject-matter jurisdiction (Dkt. No. 7). No objections have been filed. This order hereby **ADOPTS IN FULL** Judge Kim's report and recommendation and **REMANDS** this action to the Superior Court of California, County of Sonoma. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 6, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE